AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: Abraham | | Telephone: (810) 766-5034 |
| Task Force Officer: Zapolski | | Telephone: (989) 439-5276 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
CHRISTOPHER CIESIELSKI

Case No.   1:21-mj-30171
Judge: Unassigned,
Filed: 04-13-2021

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 2020 continuing to April 8, 2021__ in the county of __Huron__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 2252A | Possession and Distribution of Child Pornography |
| Title 18 U.S.C. § 2251 | Production of Child Pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Evan Zapolski, TFO, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: April 13, 2021

_Judge's signature_

City and state: Bay City, MI

Patricia T. Morris, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
### *United States v. Christopher Ciesielski*

I, Evan Zapolski, being duly sworn, state:

1. I am employed as a Detective Trooper (D/Tpr.) with the Michigan State Police and have been so employed since May 2013. I have been assigned to the Michigan State Police Internet Crimes Against Children Taskforce since February 2017, and have been a Task Force Officer with the FBI's Northeast Michigan Trafficking & Exploitation Crimes Taskforce since March 2019. I have received training in the area of child pornography and child exploitation and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have been involved with several investigations regarding child pornography and the exploitation of children through the internet.

2. This Affidavit is submitted in support of a complaint and arrest warrant for Christopher Allen Ciesielski.  It is my opinion there exists probable cause to believe Ciesielski has violated Title 18 U.S.C. § 2252A (Possession and Distribution of Child Pornography) and Title 18 U.S.C. § 2251 (Production of Child Pornography). This Affidavit is intended to show only sufficient probable cause for the requested order and does not set forth all of my knowledge about this

matter. In addition, the information contained in this affidavit is based on personal knowledge, training and experience, and on information made available to me by other law enforcement officers.

3. On October 2020, the National Center for Missing and Exploited Children (NCMEC) received a cybertip from Snapchat reporting suspect, "ccieslski2020," for uploading child pornography to the internet. The file depicts a female licking a nude prepubescent vagina. A Thumb Cellular IP address was used on September 1, 2020 to login to the account.

4. The IP address was investigated and it was determined the IP address was assigned to Christopher Ciesielski cellular phone account on September 1, 2020.

5. On October 17, 2020, NCMEC received a cybertip from Facebook reporting, "Chris Ciesielski," for distributing child pornography. On October 16, 2020, "Chris Ciesielski," sent a 59 second video depicting a nude prepubescent vagina being penetrated by an adult erect penis.

6. A search warrant was executed for the "Chris Ciesielski," account reported by Facebook. Within the Facebook profile were several "selfie" style images that matched Christopher Ciesielski's Michigan Secretary of State images.

7. Ciesielski is on the Michigan Sex Offender Registry (SOR) for a 2008 child sexually abusive materials conviction. His registered address for the SOR and the Michigan Secretary of State is 1093 Bay Port Rd, Bay Port, Michigan.

8. On April 8, 2021, a search warrant was executed to 1093 Bay Port Rd. Ciesielski was interviewed and his cellular phone was seized from his person. Ciesielski's phone is a Caterpillar model S48c. Ciesielski admitted to possessing and distributing child pornography. He also confessed to enticing minors for nude images. Ciesielski stated that he primarily used the mobile application WhatsApp for child pornography. I noted the background on Ciesielski's phone was of an image of baby girl. Ciesielski explained the image was of an "adopted grandchild." He explained the parents of the female infant are close family friends.

9. On April 12, 2021, I reviewed the data extraction for Ciesielski's cellular phone, the Caterpillar model S48c. I noted there were numerous files of child pornography on the cell phone. As of April 12, 2021, I did not have a total count.

10. I noted on October 23, 2020, Ciesielski sent a video of child pornography via WhatsApp to a user with phone number area code "970." The video depicts an erect penis ejaculating on a nude prepubescent vagina. The female child is wearing pink socks.

11. I noted on February 24, 2021, Ciesielski sent an image of child pornography via WhatsApp to a user with phone number area code "936." The image depicts a prepubescent female child laying on her back. The child has her legs spread and she is pulling her underwear to one side, exposing her nude vagina.

12. I noted on December 29, 2020, in the WhatsApp mobile application, Ciesielski engaged in a conversation with a person claiming to be 11 years old. Ciesielski requested a video of the female child "stripping." On December 30, 2020, Ciesielski requested, "nudes," of the child. On January 6, 2021, the child sends a video of a child fondling their nude breasts. I have reviewed the video and it contains images of a female child that appears to be approximately 11 years.

13. I reviewed the images in the gallery of the Caterpiller S48c cell phone and noted on January 7, 2021 an image was taken of an infant's vagina. In the image, the child's vagina is being manipulated by an adult's fingers. I reviewed the image's metadata and noted the camera make and model that took the image was a Cat S48c. There was also GPS location information recorded of where the image was taken. The image was taken at 1093 Bay Port Road, Bay Port.

14. On April 12, 2021, after discovering the image of the infant female, I spoke to Ciesielski's wife on the phone. She advised the two "adopted" grand children are a 3-year-old boy and a 1-year-old girl. The children's parents are family friends and the "grandchildren" usually visit once a month.

16. Based upon the foregoing information, it is my opinion that probable cause exists that Ciesielski has violated Title 18 U.S.C. § 2252A (Possession and Distribution of Child Pornography) and Title 18 U.S.C. § 2251 (Production of Child Pornography) in the Eastern District of Michigan. Accordingly, I ask the

4

court to issue a criminal complaint and arrest warrant for Christopher Allen Ciesielski.

_____
Evan Zapolski , TFO, FBI

Sworn to before me and signed in my presence and/or by reliable electronic means on _____April 13, 2021_____.

_____
PATRICIA T. MORRIS
United States Magistrate Judge